UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JANE DOE (SF-00019),<br><br>        Plaintiff,<br><br>   v.<br><br>SALESFORCE, INC.,<br><br>        Defendant. | Case No.  26-cv-05314-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable Jon S. Tigar to determine whether it is related to *A. v. Salesforce, Inc., 26-cv-01531-JST*.  Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: June 16, 2026

JAMES DONATO
United States District Judge